**No. 57650.**—Royal Wine & Liquor, Inc. *v.* United States, protest 126168–K/737 (Chicago).

Opinion by Johnson, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 57651.**—Joseph Volpe *v.* United States, protests 161390–K and 163229–K (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiff was sustained.

**No. 57652.**—The Keepnews Co. et al. *v.* United States, protests 196442–K, etc. (New York).

Opinion by Johnson, J. In accordance with stipulation of counsel that certain items of the merchandise consist of china figures or figurines similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.